# UNITED STATES DISTRICT COURT

### for the

### District of Columbia

United States of America

v.

Dawn Frankowski

_____

*Defendant*

)
)
)
)
)
)

Case: 1:21-mj-00599
Assigned To : Meriweather, Robin M.
Assign. Date : 9/12/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Dawn Frankowski _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

2021.09.13
14:20:31 -04'00'

Date:    09/13/2021          _____
                                        *Issuing officer's signature*

City and state:        Washington, D.C.          Robin M. Meriweather, U.S. Magistrate Judge
                                                                  *Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 09/13/2021 , and the person was arrested on *(date)* 09/21/2021 | | |
| at *(city and state)* NAPERVILLE, IL . | | |

Date: 09/21/2021          _Kaitlyn N. D_____  FBI
                                        *Arresting officer's signature*

                          KAITLYN N. DAVIS, SPECIAL
                                        *Printed name and title*  AGENT